UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JULIAN P. BABB
KAREN BABB                                                    JURY TRIAL DEMANDED

v.

CASE NO. 3:14 CV

J.A. CAMBECE LAW OFFICE, P.C.

COMPLAINT

1. Plaintiffs bring this action against defendant to obtain relief for defendant's violation of the federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

2. This Court has jurisdiction under 15 U.S.C. §1692k(d).

3. Plaintiffs are natural persons and citizens of New Milford Connecticut.

4. Defendant regularly brings collection actions in Connecticut courts against individuals who allegedly owe debts on personal credit card accounts.

5. Defendant engaged in collection efforts on behalf of CACH, LLC, which had purchased a defaulted personal credit card in the sole name of Julian Babb, allegedly issued or serviced by HSBC Bank Nevada, N.A.

6. Upon information and belief, Defendant did not provide the disclosures required by 15 U.S.C. §1692g.

7. Upon information and belief, defendant made automated or pre-records calls to plaintiffs on their respective cell phones without prior permission.

8. Defendant discussed Julian Babb's account with Karen Babb.

9. Defendant continued to call Karen Babb on her cell phone after she told them to stop calling her.

10. Defendant continued to call after notice that the Babbs were represented by attorney.

11. In the course of the collection Defendant violated the FDCPA, including 15 U.S.C. §§ 1692e, 1692g, or 1692f.

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a) That judgment be entered against Defendants for statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A).

(b) That the Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3); and,

(c) That the Court grant such other and further relief as may be just and proper.

THE PLAINTIFFS,

BY /s/ Joanne S. Faulkner
Joanne S. Faulkner ct04137
faulknerlawoffice@snet.net
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395